MICHAEL ZORKIN (Bar No. CA 313308)
THE ZORKIN FIRM
Email: mz@thezorkinfirm.com
6320 Canoga Ave., 15th Floor
Woodland Hills, California 91367
Telephone: 323.493.8075

Attorneys for Plaintiff Eminent Consulting, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eminent Consulting, LLC, a Tennessee limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>RightSourcing, Inc., a New York corporation; and Does 1-10, inclusive<br><br>    Defendant. | No. 2:24-cv-02646-JAM-CSK<br><br>Hon. John A. Mendez<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>Complaint Filed: September 30, 2024 |

THE ZORKIN FIRM

1

<table>
<tr><td>ATTORNEY OR PARTY WITHOUT ATTORNEY <i>(Name, State Bar number, and address)</i><br>The Zorkin Firm<br>Michael Zorkin SBN 313308<br>6320 Canoga Ave., 15th Floor<br>Woodland Hills, CA 91367<br>TELEPHONE NO:             FAX NO <i>(Optional)</i>:<br>E-MAIL ADDRESS <i>(Optional)</i>:   mz@thezorkinfirm.com<br>ATTORNEY FOR <i>(Name)</i>:   Plaintiff</td><td>FOR COURT USE ONLY</td></tr>
<tr><td><i>Insert name of court, judicial district or branch court, if any:</i><br>United States District Court<br>Eastern District of California - District - Sacramento<br>501 I Street Suite 4-200<br>Sacramento, CA 95814</td><td></td></tr>
<tr><td>PLAINTIFF / PETITIONER:   Eminent Consulting, LLC<br>DEFENDANT / RESPONDENT:   RightSourcing, Inc., et al.</td><td>CASE NUMBER:<br>2:24-cv-02646-JAM-CSK</td></tr>
<tr><td><b>PROOF OF SERVICE</b></td><td>Ref. No. or File No.:<br>11921056 (23859585)</td></tr>
</table>

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Summons

2. Party Served:                 RightSourcing, Inc., a New York corporation

3. Person Served:               Corporate Creations Network, Inc.- Jennifer Lee

4. Date & Time of Delivery:       October 3, 2024 at 2:39 pm PDT

5. Address, City and State:        7801 Folsom Blvd 202 Sacramento, CA, 95826

6. Manner of Service:           Personal Service - By personally delivering copies.

Fee for service: $135.00

Registered California process server.
Sequoia Sims
County: Sacramento
Registration No.: 2022-044

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA 94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*(signature)*

Sequoia Sims

Date: October 3, 2024