1  CDF LABOR LAW LLP
   David G. Hagopian, State Bar No. 145171
2  dhagopian@cdflitigation.com
   Jeffrey Sikkema, State Bar No. 164367
3  jsikkema@cdflitigation.com
   Robyn E. Frick, State Bar No. 246927
4  rfrick@cdflaborlaw.com
   18300 Von Karman Avenue, Suite 800
5  Irvine, CA 92612
   Telephone: (949) 622-1661
6
   Attorneys for Defendant and Counterclaimant
7  RIGHTSOURCING, LLC f/k/a RIGHTSOURCING, INC.

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | EMINENT CONSULTING, LLC, a Tennessee limited liability company, | Case No. 2:24-cv-02646-JAM-CSK |
|---|---|
| Plaintiff, | Judge: John A. Mendez<br>Dept: 6 |
| v. | |
| RIGHTSOURCING, INC., a New York corporation; and DOES 1-10, inclusive, | **DEFENDANT/COUNTERCLAIMANT RIGHTSOURCING, LLC f/k/a RIGHTSOURCING, INC.'S DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1** |
| Defendant. | Action Filed: September 30, 2024 |
| RIGHTSOURCING, LLC f/k/a RIGHTSOURCING, INC., a Delaware Limited Liability Company, | |
| Counterclaimant, | |
| v. | |
| EMINENT CONSULTING, LLC, a Tennessee limited liability company, | |
| Counterdefendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant/Counterclaimant RightSourcing, LLC f/k/a RightSourcing, Inc. submits the following disclosure statement:

1. Defendant/Counterclaimant RightSourcing, LLC f/k/a RightSourcing, Inc. is a wholly owned subsidiary of Magnit, LLC (f/k/a PRO Unlimited, Inc.).  Magnit, LLC is a wholly owned subsidiary of Magnit Corporation.  Magnit Corporation is a wholly owned subsidiary of Magnit Global Solutions, Inc.

2. Magnit, LLC owns ten percent or more of RightSourcing, LLC f/k/a RightSourcing, Inc.'s stock.

3. Defendant/Counterclaimant RightSourcing, LLC f/k/a RightSourcing, Inc. is a citizen of Delaware, and has its principal place of business in Folsom, California.

Dated: November 21, 2024        CDF LABOR LAW LLP

By: _____
Jeffrey Sikkema
Attorneys for Defendant and Counterclaimant
RIGHTSOURCING, LLC f/k/a RIGHTSOURCING, INC.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE.

I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 18300 Von Karman Avenue, Suite 800, Irvine, CA 92612. On November 21, 2024, I served upon the interested party(ies) in this action the following document described as:
**DEFENDANT/COUNTERCLAIMANT RIGHTSOURCING, LLC f/k/a RIGHTSOURCING, INC.'S DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1**

By the following method:

Michael Zorkin
THE ZORKIN FIRM
6320 Canoga Ave., 15th Floor
Woodland Hills, CA 91367
T: (323) 493-8075

E-MAIL: mz@thezorkinfirm.com

For processing by the following method:

[X]  **via CM/ECF (registered)**: I hereby certify I electronically filed the above-referenced document(s) and that they are available for viewing and downloading on the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2024, at Irvine, California.

    Maureen Gledhill
    (Type or print name)                (Signature)