1  MICHAEL ZORKIN (Bar No. CA 313308)
   THE ZORKIN FIRM
2  Email: mz@thezorkinfirm.com
   6320 Canoga Ave., 15th Floor
3  Woodland Hills, California 91367
   Telephone: 323.493.8075
4
   Attorneys for Plaintiff Eminent Consulting,
5  LLC

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | Eminent Consulting, LLC, a Tennessee limited liability company, | No. 2:24-cv-02646-JAM-CSK

12 | Plaintiff, | Hon. John A. Mendez

13 | v. | **STIPULATION FOR FILING AN AMENDED COMPLAINT TO REFLECT DEFENDANT'S CORRECT NAME AND STATE OF INCORPORATION**

14 | RightSourcing, Inc., a New York corporation; and Does 1-10, inclusive |

15 | Defendant. |

16 | | Complaint Filed: September 30, 2024

17 | RightSourcing, Inc., a New York corporation, |

18 | Counterclaimant, |

19 | v. |

20 | Eminent Consulting, LLC, a Tennessee limited liability company, |

21 | Counterdefendant. |

1

STIPULATION FOR FILING AN AMENDED COMPLAINT

## STIPULATION

1. Eminent Consulting, LLC filed its complaint against RightSourcing, Inc on September 30, 2024;

2. When RightSourcing filed its corporate disclosure statement, Eminent Consulting learned that RightSourcing has changed its corporate status and state of incorporation;

3. The Parties stipulate that Eminent Consulting may file an amended complaint to reflect RightSourcing's new corporate status and state of incorporation, a copy of which is attached to this stipulation;

4. The Parties further stipulate that RightSourcing waives service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses, and affirmative defenses contained in the answer filed by RightSourcing to the original complaint shall be responsive to the amended complaint.

**IT IS SO STIPULATED.**

Dated: February 18, 2025     CDF LABOR LAW LLP


By: /s/ David G. Hagopian
     David G. Hagopian
Attorneys for Defendant
RIGHTSOURCING, LLC f/k/a RIGHTSOURCING INC.


Dated: February 18, 2025     THE ZORKIN FIRM


By: /s/ Michael Zorkin
     Michael Zorkin
Attorneys for Plaintiff
EMINENT CONSULTING, LLC

STIPULATION FOR FILING AN AMENDED COMPLAINT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMINENT CONSULTING, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RIGHTSOURCING, INC.,<br><br>　　　　Defendant.<br><br>RIGHTSOURCING, INC.,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>EMINENT CONSULTING, LLC,<br><br>　　　　Counter-Defendant. | No.  2:24-cv-02646-JAM-CSK<br><br>Hon. John A. Mendez<br><br>**ORDER ON STIPULATION FOR FILING AN AMENDED COMPLAINT TO REFLECT DEFENDANT'S CORRECT NAME AND STATE OF INCORPORATION**<br><br>Complaint Filed: September 30, 2024 |

1

ORDER ON STIPULATION FOR FILING AN AMENDED COMPLAINT

**ORDER**

Having considered the Parties' stipulation, and good cause appearing, the Court rules as follows:

1. Eminent Consulting may file an amended complaint to reflect RightSourcing's new corporate status and state of incorporation, a copy of which is attached to the stipulation;

2. RightSourcing waives service of the amended complaint and shall not be required to answer the amendment, and that all denials, responses, and affirmative defenses contained in the answer filed by RightSourcing to the original complaint shall be responsive to the amended complaint.

3. Plaintiff shall refile the first amended complaint, attached to the stipulation at ECF No. 16-1, **within five (5) days** of this order.

IT IS SO ORDERED.

Dated: February 19, 2025        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE