1  CDF LABOR LAW LLP
       David G. Hagopian, State Bar No. 145171
2      dhagopian@cdflitigation.com
       Jeffrey Sikkema, State Bar No. 164367
3      jsikkema@cdflitigation.com
   18300 Von Karman Avenue, Suite 800
4  Irvine, CA 92612
   Telephone:  (949) 622-1661
5
   Attorneys for Defendant and Counterclaimant
6  RIGHTSOURCING, LLC f/k/a RIGHTSOURCING, INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  EMINENT CONSULTING, LLC, a Tennessee      ) Case No. 2:24-cv-02646-JAM-CSK
    limited liability company,                )
12                                            ) Judge: John A. Mendez
                   Plaintiff,                 ) Dept:   6
13            v.                              )
                                              ) **AMENDED COUNTERCLAIM OF**
14  RIGHTSOURCING, LLC, a Delaware Limited    ) **DEFENDANT/COUNTERCLAIMANT**
    Liability Company; and DOES 1-10, inclusive, ) **RIGHTSOURCING, LLC**
15                                            )
                   Defendant.                 ) [JURY DEMAND]
16  _____  )
                                              ) Action Filed:   September 30, 2024
17  RIGHTSOURCING, LLC f/k/a                  )
    RIGHTSOURCING, INC., a Delaware Limited   )
18  Liability Company,                        )
                                              )
19                 Counterclaimant,           )
              v.                              )
20                                            )
    EMINENT CONSULTING, LLC, a Tennessee      )
21  limited liability company,                )
                                              )
22                 Counterdefendant.          )
    _____  )
23

24        Defendant/Counterclaimant RightSourcing, LLC f/k/a RightSourcing, Inc.

25  ("Counterclaimant" or "RightSourcing") brings this Amended Counterclaim against

26  Plaintiff/Counterdefendant Eminent Consulting, LLC ("Eminent") and Roes 1 through 5, inclusive,

27  and alleges as follows.

28

                                        1
                            AMENDED COUNTERCLAIM OF
              DEFENDANT/COUNTERCLAIMANT RIGHTSOURCING. LLC
4925-6471-8140.1

# I. PARTIES

1.      Counterclaimant RightSourcing is a Delaware Limited Liability Company registered to do business in California, with is principal place of business located in Folsom, California. RightSourcing is a Managed Services Provider ("MSP"), primarily in the healthcare industry.  As a MSP, RightSourcing assists its healthcare clients find, vet and manage suppliers of contingent or temporary healthcare workers, such as nurses and other healthcare workers.

2.      Counterdefendant Eminent is a Tennessee limited liability company with its principal place of business in Tennessee.  Eminent is a supplier of temporary healthcare workers.  It employs healthcare professionals and supplies them as temporary healthcare workers to healthcare companies.

3.      The true names and capacities, whether a corporation, agent, individual, or otherwise, of Counterdefendants Roes 1 through 5, are unknown to RightSourcing, which therefore sues said Counterdefendants by such fictitious names.  Each Counterdefendant designated herein as a "Roe" is negligently or otherwise legally responsible in some manner for the events and happenings referred to in this Counterclaim and thereby proximately caused injuries and damages to RightSourcing as alleged.  RightSourcing will seek leave of Court to amend this Counterclaim to show their names and capacities when they have been ascertained.

4.      At all material times, Roes 1 through 5 were the agents, representatives, employees, successors and/or assigns of Eminent and were acting within the course and scope of their authority as such agents, representatives, employees, successors and/or assigns.

# II. JURISDICTION AND VENUE

5.      Pursuant to 28 U.S.C. § 1332(a)(1), this Court has independent subject matter jurisdiction based on diversity of citizenship.  There is complete diversity between the parties, as set forth above and as admitted by Eminent in its Amended Complaint (¶ 1), and the amount in controversy on this Counterclaim is in excess of $75,000.

6.      Pursuant to 28 U.S.C. §1367(a), this Court also has supplemental jurisdiction over the claim alleged in this Counterclaim.  The claim arises from the same common nucleus of operative facts as the Complaint filed by Eminent against RightSourcing in this Court on

AMENDED COUNTERCLAIM OF
DEFENDANT/COUNTERCLAIMANT RIGHTSOURCING. LLC

4925-6471-8140.1

September 30, 2024, such that the contracts entered into between RightSourcing and Eminent are at issue.  Contrary to the allegations of Eminent in its Amended Complaint, the billing rates were not "verbally" agreed to; the billing rates were in writing and incorporated in the written contracts between the parties.  Accordingly, the claim forms part of the same case or controversy under the Federal Rules of Civil Procedure, Rule 13.

7.      Venue is proper in this District as the Complaint filed by Eminent in this case is venued in this District.

### III. <u>BACKGROUND</u>

8.      As part of its role as a MSP for its clients, RightSourcing is involved in identifying potential suppliers of temporary healthcare workers, as well as managing those relationships.  One of the suppliers RightSourcing identified is Eminent.  As noted, Eminent employs healthcare workers and seeks to place them in temporary positions, for which Eminent will be paid at certain agreed hourly rates.  The workers are employees of Eminent, and Eminent is responsible for compliance with all labor laws and paying the workers as Eminent's employees.

9.      On or about September 2, 2020, RightSourcing and Eminent entered into a Supplier Agreement, under which Eminent agreed to provide temporary workers to RightSourcing's clients from time to time, pursuant to the terms of the Supplier Agreement.

10.      Among other things, under the Supplier Agreement, Eminent was obligated to comply with all labor laws in employing its employees, including, but not limited to, abiding by all applicable wage and hour laws, timely payment of taxes, applicable immigration regulations, background check regulations, and benefits required by, among other things, the Affordable Care Act, with regard to the employees Eminent supplied to RightSourcing's clients.

11.      The Supplier Agreement also contained an indemnification provision in which Eminent agreed to indemnify RightSourcing.  Under the indemnification provision, Eminent was obligated to:  indemnify and defend RightSourcing for all claims, and pay all related damages, settlements and legal expenses resulting from, arising out of, or relating to Eminent's employees, including claims by Eminent employees relating to employment and related benefits, and any claim brought under any federal, state or local law.

AMENDED COUNTERCLAIM OF
DEFENDANT/COUNTERCLAIMANT RIGHTSOURCING. LLC

4925-6471-8140.1

12.     The Supplier Agreement also references "Participation Agreements" regarding RightSourcing's clients.  If a particular client is willing to use Eminent as one of the suppliers of temporary healthcare workers, RightSourcing and Eminent will enter into a "Participation Agreement" that is specific to that client.  The Participation Agreement may modify some of the terms of the Supplier Agreement.

13.     One of RightSourcing's clients is the New York City Department of Education ("DOE").  RightSourcing serves as the MSP for the DOE.  The DOE often needs temporary nurses to serve in New York City Public Schools.

14.     On September 2, 2020, at the same time RightSourcing and Eminent entered into the Supplier Agreement, RightSourcing and Eminent entered into a Participation Agreement relating to the DOE.

15.     The DOE Participation Agreement contained client specific terms and conditions of which Eminent was required to comply in connection with the labor it provided to RightSourcing's client, DOE.  The DOE Participation Agreement also included an indemnity agreement, whereby Eminent agreed to "indemnify, defend and hold harmless" RightSourcing from claims brought by Eminent's employees claiming employment benefits.

### IV.  FIRST CAUSE OF ACTION

(Express Contractual Indemnity)

16.     RightSourcing incorporates by reference the allegations in Paragraphs 1-15 of this Counterclaim, above, as though fully set forth herein.

17.     As described above, Eminent and RightSourcing entered into the written agreements set forth above whereby Eminent expressly agreed to defend and indemnify RightSourcing against any demand, claim, charge, suit or accusation of any kind of direct or vicarious liability based on conduct of any kind allegedly imputed to RightSourcing as an "employer" or "joint employer" of any of Eminent's assigned employees.

18.     RightSourcing has performed all its obligations under the contracts, except as may be excused as a result of Eminent's conduct.

AMENDED COUNTERCLAIM OF
DEFENDANT/COUNTERCLAIMANT RIGHTSOURCING. LLC

4925-6471-8140.1

19.     On August 17, 2021, RightSourcing received a notice from an attorney representing certain nurses employed by Eminent who had been placed at the DOE ("Claimants").  The letter alleged violations of various employment laws with respect to the nurses' employment with Eminent during the time they were placed at the DOE.  The notice alleged damages of at least $1,411,745.58.  The claims were made by Eminent's employees against RightSourcing, alleging wage and hour violations in connection with their employment.

20.     On August 24, 2021, RightSourcing tendered a claim for indemnification to Eminent in connection with the allegations in the August 17, 2021, notice.

21.     On November 15, 2021, Eminent formally accepted tender of the above-referenced claims.  Despite this, Eminent failed to provide any meaningful defense or indemnification.  RightSourcing was forced to pay $65,000 to the Claimants to settle the dispute, for which Eminent is ultimately responsible.  In addition, RightSourcing has incurred reasonable in-house attorneys' fees, well in excess of $10,000 in defending itself in that matter, which was necessitated by Eminent's breach of its agreement to defend and indemnify, which fees are recoverable pursuant to the agreement and California law.  RightSourcing also continues to incur expenses, including attorneys' fees for this case in seeking to hold Eminent liable for breach of its obligation to defend and indemnify, which in and of itself will exceed $10,000, all of which RightSourcing is entitled to recover pursuant to the contract between the parties.

22.     Accordingly, Eminent breached its defense and indemnity obligations to RightSourcing under the contractual indemnity provisions.

23.     As a result of Eminent's breach of its defense and indemnity obligations to RightSourcing, RightSourcing has been damaged in an amount in excess of $75,000.

## V. <u>REQUEST FOR RELIEF</u>

**WHEREFORE**, with respect to the Counterclaim, RightSourcing requests the Court grant judgment in its favor against Eminent as follows:

1.     for general compensatory damages in an amount in excess of $75,000 to be proved at trial;

2.     for attorneys' fees and costs of suit herein;

AMENDED COUNTERCLAIM OF
DEFENDANT/COUNTERCLAIMANT RIGHTSOURCING. LLC

4925-6471-8140.1

1      3.     for interest on all sums owing at the maximum allowable rate; and

2      4.     for such other and further relief in RightSourcing's favor as the Court deems just

3 and proper.

4

5 Dated:  April 28, 2025             CDF LABOR LAW LLP

6

7                        By: _____

8                              Jeffrey Sikkema
                     Attorneys for Defendant and Counterclaimant

9                     RIGHTSOURCING, LLC f/k/a RIGHTSOURCING, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED COUNTERCLAIM OF
DEFENDANT/COUNTERCLAIMANT RIGHTSOURCING. LLC

4925-6471-8140.1

**JURY TRIAL DEMAND**

Defendant/Counterclaimant hereby demands trial by jury on all claims and issues triable by jury.

Dated:  April 28, 2025                  CDF LABOR LAW LLP

                                        *Jeffrey L Sikkema*

                                        By: _____
                                                    Jeffrey Sikkema
                                        Attorneys for Defendant and Counterclaimant
                                        RIGHTSOURCING, LLC f/k/a RIGHTSOURCING, INC.

7

AMENDED COUNTERCLAIM OF
DEFENDANT/COUNTERCLAIMANT RIGHTSOURCING. LLC

4925-6471-8140.1

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | |
| 3 | STATE OF CALIFORNIA, COUNTY OF ORANGE. |

I, the undersigned, declare that I am employed in the aforesaid County, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 18300 Von Karman Avenue, Suite 800, Irvine, CA 92612.  On November 21, 2024, I served upon the interested party(ies) in this action the following document described as:  **AMENDED COUNTERCLAIM OF DEFENDANT/COUNTERCLAIMANT RIGHTSOURCING, LLC [JURY DEMAND]**

By the following method:

Michael Zorkin
THE ZORKIN FIRM
6320 Canoga Ave., 15th Floor
Woodland Hills, CA 91367
T:  (323) 493-8075
E:  mz@thezorkinfirm.com

For processing by the following method:

[X]    **via CM/ECF (registered)**:  I hereby certify I electronically filed the above-referenced document(s) and that they are available for viewing and downloading on the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21, 2024, at Irvine, California.

| | |
|---|---|
| Lisa Proctor | *Lisa Proctor* |
| (Type or print name) | (Signature) |

AMENDED COUNTERCLAIM OF
DEFENDANT/COUNTERCLAIMANT RIGHTSOURCING. LLC

CDF Labor Law LLP

4925-6471-8140.1