KURT A. KAPPES (SBN 146384)
MICHAEL D. LANE (SBN 239517)
ROCCO PALLIN (SBN 360385)
GREENBERG TAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lanemd@gtlaw.com
rocco.pallin@gtlaw.com

Attorneys for Plaintiff and Counterclaim Defendant
EMINENT CONSULTING, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMINENT CONSULTING, LLC, a Tennessee limited liability company,<br><br>     Plaintiff,<br><br>v.<br><br>RIGHTSOURCING, LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive,<br><br>     Defendant.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. 2:24-cv-02646-JAM-CSK<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND SETTLEMENT CONFERENCE DATE (L.R. 144)** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 144 Plaintiff EMINENT CONSULTING, LLC ("Plaintiff") and Defendant RIGHTSOURCING, LLC ("Defendant") (collectively, the "Parties") by and through their undersigned counsel of record, hereby stipulate to extend the date for the Parties' Settlement Conference as follows:

**RECITALS:**

WHEREAS, on July 16, 2025, the Court entered a Settlement Conference Order setting a Settlement Conference for October 29, 2025 at 10:00 AM (the "Settlement Conference Date"), a Pre-Settlement Conference call for October 23, 2025 at 2:00 PM, and a deadline to submit a mediation statement by no later than October 15, 2025 (ECF No. 27);

WHEREAS, the Parties have neither requested nor received a previous extension of the Settlement Conference Dates;

WHEREAS, on or about August 6, 2025, Defendant filed and requested entry of a Consent Order Granting Substitution of Attorney, to substitute Greenberg Traurig, LLP ("Defendant's New Counsel") as Defendant's new counsel of record (the "Consent Request") (ECF No. 28);

WHEREAS, on August 7, 2025, the Court entered an Order approved Defendant's Consent Request (the "Consent Order") (ECF No. 29);

WHEREAS, following entry of the Consent Order, the Parties conferred and, through their respective counsel of record, agree that extending the Settlement Conference Date to December 2025 would preserve the Court's and the Parties' time and resources and promote judicial efficiency, by allowing Defendant's New Counsel additional time to review and evaluate the pleadings, discovery and other exchanges of information in this matter;

WHEREAS, the Parties do not enter into this stipulation for the purpose of delay;

WHEREAS, Plaintiff and Defendant have agreed to extend the Settlement Conference Date to December 2025;

WHEREAS, the Parties agree that the extension will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, no party will be prejudiced by the stipulated-to extension.

**STIPULATION:**

NOW THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. The Parties' Settlement Conference will be extended to a date in December, 2025.

2. The Parties' Pre-Settlement Conference and deadline to submit a mediation statement will be extended to a date in November or December, 2025, consistent with the extended Settlement Conference date.

IT IS SO STIPULATED.

DATED: August 15, 2025           GREENBERG TRAURIG, LLP


                                 By: */s/ Kurt A. Kappes*
                                     Kurt A. Kappes

                                     Attorneys for Defendant and Counter-Claimant
                                     RIGHTSOURCING, LLC


DATED: August 15, 2025           THE ZORKIN FIRM


                                 By: */s/ Michael Zorkin (with authority)*
                                     Michael Zorkin

                                     Attorneys for Plaintiff and Counterclaim Defendant
                                     EMINENT CONSULTING, LLC

# [~~PROPOSED~~] ORDER

IT IS SO ORDERED, pursuant to stipulation of the parties, as follows:

1. That the Settlement Conference shall be set for December 10, 2025 at 10:00 a.m.

2. That the Pre-Settlement Conference call shall be set for December 4, 2025 at 2:00 p.m.

3. That the Parties shall submit a mediation statement by no later than November 20, 2025 to Magistrate Judge Peterson and all other parties.

**IT IS SO ORDERED.**

Dated: August 18, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE