UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

December 02, 2025

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| EMINENT CONSULTING, LLC,<br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RIGHTSOURCING, LLC,<br>　　　　　　　Defendant. | No.   2:24-cv-02646-JAM-CSK<br><br>**MINUTE ORDER** |

　　　The Court GRANTED IN PART and DENIED IN PART Defendant-Counter-Plaintiff RightSourcing's motion for a protective order as stated on the record at the December 2, 2025 hearing and as summarized:

a) DENY Plaintiff/Counter-Defendant Eminent Consulting's proposal to add "fact witnesses" as a whole category to Protective Order ¶ 7.2(c) for failure to establish good cause. *See* Jt Stmt, Exh. B at ¶ 7.2(c) (ECF No. 41-1 at 25) & Exh. C at ¶ 7.2(c) (ECF No. 41-1 at 41). Instead, the Court adds the Northern District of California's Model Stipulated Protective Order (for standard litigation) ¶ 7.2(f) to permit disclosure of Confidential Information to witnesses during their depositions.  This new subsection will be number ¶ 7.2(h).

b) Eminent Consulting WITHDREW their proposal to add a new category to ¶ 7.2 ("the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information") because the parties have already agreed to address this category through their proposed ¶ 7.2(f). *See* Jt Stmt, Exh. C at ¶ 7.2(f) (ECF No. 41-1 at 42).

c) GRANT Eminent Consulting's proposal to add the following sentence to the end of ¶ 10:  "Notwithstanding the foregoing, the Parties may meet and confer and agree that any Protected Material may be filed in the public record on a case-by-case basis without filing under seal." *See* Jt Stmt, Exh. C at ¶ 10 (ECF No. 41-1 at 44). RightSourcing does not object to the addition of this sentence.

d) DENY RightSourcing's proposal to add ¶ 7.4 for failure to establish good cause for this provision.  In addition, the Court has separately addressed protections from disclosure of Confidential information to fact witnesses who are not officers, directors, or employees through

the addition of a new subsection.

e) Within 7 days of today, the parties shall jointly file a proposed Protective Order that conforms to the Court's order. The parties shall also simultaneously submit a Word version to chambers by email.

Dated: December 2, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE