UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

February 12, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

EMINENT CONSULTING, LLC,
                              Plaintiff,

        v.

RIGHTSOURCING, LLC,
                              Defendant.

No.   2:24-cv-02646-JAM-CSK

**MINUTE ORDER RE: DISCOVERY DISPUTE (ECF No. 50)**

On February 12, 2026, the Court held an informal discovery conference regarding the parties' dispute as to Defendant RightSourcing's request to compel Plaintiff Eminent Consulting's further/supplemental interrogatory responses (ECF No. 50). Counsel Michael Zorkin appeared for Plaintiff, and counsel Michael Lane appeared for Defendant. All parties agreed to abide by the Court's orders from the informal discovery conference.

The Court GRANTED IN PART and DENIED IN PART Defendant's request as summarized:

1)      Defendant's Interrogatory Nos. 4, 13, 16- DENIED. These interrogatories do not require Plaintiff to identify all written or verbal agreements between the parties, and generally are contention interrogatories that are looked upon with disfavor.

2)      Defendant's Interrogatory No. 5- GRANTED. The information sought is relevant, and Plaintiff did not formally object based on relevance. *See* Fed. R. Civ. P. 26(b). Plaintiff must supplement its responses by February 26, 2026. Responses were initially due in September 2025.

3)      Defendant's Interrogatory Nos. 17, 18- GRANTED. Plaintiff has an obligation to supplement and correct its responses. *See* Fed. R. Civ. P. 26(e)(1). Plaintiff must supplement its responses by February 26, 2026. Responses were initially due in September 2025.

        **It is so ordered.**

Dated:  February 12, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

csk/emin2646.24.disco