Michael Zorkin (SBN 313308)
THE ZORKIN FIRM
6320 Canoga Ave., 15th Floor
Woodland Hills, California 91367
Telephone: (323) 493-8075
mz@thezorkinfirm.com

*Attorneys for Plaintiff and Counterclaim Defendant*
*EMINENT CONSULTING, LLC*

Kurt A. Kappes (SBN 146384)
Michael Lane (SBN 239517)
Julia López (SBN 365832)
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lanemd@gtlaw.com
julia.lopez@gtlaw.com

*Attorneys for Defendant and Counter-Claimant*
*RIGHTSOURCING, LLC*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMINENT CONSULTING, LLC, a Tennessee limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>RIGHTSOURCING, LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. 2:24-cv-02646-JAM-CSK<br><br>**STIPULATION AND ORDER TO DISMISS ANY AND ALL CLAIMS RELATED TO FOCUSPOINT LITIGATION WITHOUT PREJUDICE** |

Plaintiff EMINENT CONSULTING, LLC ("Plaintiff"), through its undersigned counsel of record, hereby stipulates as follows:

**RECITALS:**

WHEREAS, on September 30, 2024 Plaintiff filed its complaint against and Defendant and Counter-Claimant RIGHTSOURCING, LLC ("Defendant") (ECF No. 1);

WHEREAS, on February 18, 2025 Plaintiff filed its First Amended Complaint against Defendant (ECF No. 16);

WHEREAS, Plaintiff produced and incorporated by reference Eminent's Disputed Time Spreadsheet in response to Defendant's First Set of Interrogatories, Nos. 1-3, 5-9, and 11;

WHEREAS, Eminent's Disputed Time Spreadsheet, Tabs E and F, includes claims, allegations and damages based on what is referred to therein as the "Focuspoint" litigation (the "Focuspoint Litigation");

WHEREAS, on May 18, 2026 Plaintiff, by and through Plaintiff's counsel, informed Defendant that Plaintiff will withdraw and has withdrawn all claims, allegations, and damages based on the Focuspoint Litigation.

**STIPULATION:**

NOW THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1.      Plaintiff withdraws and dismisses without prejudice any and all claims, allegations, and damages arising out of or related to the Focuspoint Litigation.

IT IS SO STIPULATED.

DATED:  June 24, 2026                          THE ZORKIN FIRM


                                        By: */s/Michael Zorkin*
                                             Michael Zorkin

                                        Attorneys for Plaintiff and Counterclaim Defendant
                                        EMINENT CONSULTING, LLC


/ / /

/ / /

2

PLAINTIFF EMINENT CONSULTING, LLC'S STIPULATION
TO DISMISS CLAIMS RELATED TO FOCUSPOINT LITIGATION

DATED:  June 24, 2026                    GREENBERG TRAURIG, LLP


By: */s/Kurt A. Kappes*
Kurt A. Kappes
Michael D. Lane
Julia Lopez

Attorneys for Defendant and Counter-Claimant
RIGHTSOURCING, LLC


**ORDER**

**IT IS SO ORDERED.**


Dated: June 30, 2026       JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

PLAINTIFF EMINENT CONSULTING, LLC'S STIPULATION
TO DISMISS CLAIMS RELATED TO FOCUSPOINT LITIGATION