UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eminent Consulting, LLC, a Tennessee limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RightSourcing, Inc., a New York corporation; and Does 1-10, inclusive<br><br>Defendant. | No. 2:24-cv-02646-JAM-CSK<br><br>Hon. John A. Mendez<br><br>**ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF (ECF No. 67)**<br><br>Complaint Filed: September 30, 2024 |
| RightSourcing, Inc., a New York corporation,<br><br>Counterclaimant,<br><br>v.<br><br>Eminent Consulting, LLC, a Tennessee limited liability company,<br><br>Counterdefendant. | |

# ORDER

Having considered Plaintiff Eminent Consulting, LLC's Notice of Motion and Motion to Withdraw as Counsel, the supporting Memorandum of Law, the Declaration of Michael Zorkin, any opposition and reply, and the record in this action, and good cause appearing, it is **HEREBY ORDERED** that:

1. Plaintiff Eminent Consulting, LLC's Motion to Withdraw as Counsel is **GRANTED**.

2. Michael Zorkin and The Zorkin Firm are **GRANTED** leave to withdraw as counsel of record for Plaintiff Eminent Consulting, LLC in this action, including any resulting appeal.

3. This action is **STAYED** for thirty (30) days from the date of this Order to permit Plaintiff to retain substitute counsel.

4. On or before thirty (30) days from the date of this Order, substitute counsel for Plaintiff shall enter an appearance, and Plaintiff shall notify the Court whether it has retained new counsel. If Plaintiff requires additional time to obtain new counsel, it may file a motion requesting an extension for good cause.

5. The Court's order compelling the deposition of Plaintiff, the Court's order compelling Plaintiff's production of documents, and all briefing and hearing on Defendant's pending motion for sanctions, are **VACATED** and **CONTINUED** pending the appearance of substitute counsel or further order of the Court.

6. Because Eminent Consulting, LLC is a limited liability company that cannot appear or litigate in this Court without licensed counsel, Plaintiff is warned that its failure to retain substitute counsel within the time allowed may result in the

dismissal of its claims, entry of default on any counterclaim, and other appropriate sanctions.

7. Within ten (10) days of the date of this Order, withdrawing counsel shall serve a copy of this Order on Plaintiff at its last known mailing and email addresses.

8. Until substitute counsel appears, the Clerk and all parties shall direct future communications to Plaintiff at its last known mailing and email addresses of record, and Plaintiff shall keep the Court apprised of any change in its address and telephone number.

IT IS SO ORDERED.

Dated: August 03, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE